171 A.3d 612

**MCCULLOUGH, Matthew Timothy**

v.

**STATE of Maryland**

**Pet. Docket No. 304, Sept. Term, 2017**

Court of Appeals of Maryland.

October 19, 2017

Petition for writ of certiorari and conditional cross-petition both granted. Transferred to the regular docket as No. 56, Sept. Term, 2017.

171 A.3d 612

**STATE of Maryland**

v.

**CLEMENTS, Phillip James**

**Pet. Docket No. 306, Sept. Term, 2017**

Court of Appeals of Maryland.

October 19, 2017

Opinion of the Court of Special Appeals unreported (No. 2607, Sept. Term, 2016).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 57, Sept. Term, 2017.